JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

KATHRYN R. HAUN (DCBN 484131)
   Assistant United States Attorney
450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-6740
E-Mail: Kathryn.Haun@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BRADFORD BALL,<br><br>    Defendant. | Criminal No. 10-00330 JSW<br><br>[~~PROPOSED~~] ORDER EXCLUDING TIME FROM APRIL 29, 2010, TO MAY 27, 2010 |

    The parties appeared before the Honorable Nandor J. Vadas on April 29, 2010. On the motion of the parties, the Court found and held as follows:

    1. An exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from April 29, 2010, to May 27, 2010, is necessary in light of the need for effective preparation of the case by defendant's counsel. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to conduct further investigation.

    2. Given these circumstances, the Court found that the ends of justice served by excluding the period from April 29, 2010 to May 27, 2010, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

///

[PROPOSED] ORDER EXCLUDING TIME
CR 10-00330 JSW

3. Accordingly, and with the consent of the defendant, the Court ordered that the periods from April 29, 2010 to May 27, 2010, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

DATED: April 29, 2010

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　KATHRYN R. HAUN
　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney


　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　ELIZABETH FALK
　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant

IT IS SO ORDERED.

DATED: 4/30/10

　　　　　　　　　　　　　　　　　　　　　THE HONORABLE NANDOR J. VADAS
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Court Judge

[PROPOSED] ORDER EXCLUDING TIME
CR 10-00330 JSW　　　　　　　　　　　　2